COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      In the Interest of L.W. and L.W., Children

Appellate case number:    01-18-01025-CV

Trial court case number:   2017-03500J

Trial court:              313th District Court of Harris County

Appellee, the Department of Family and Protective Services, has filed an unopposed first motion for extension of time to file its brief. The motion is **granted**. **Appellee's brief is due to be filed with this Court no later than Monday, March 18, 2019**. *See* TEX. R. APP. P. 28.4(a), 38.6(d).

This appeal involves the termination of the parent-child relationship. Accordingly, this Court is required to bring the appeal to final disposition within 180 days of November 12, 2018, the date the notice of appeal was filed, so far as reasonably possible. *See* TEX. R. JUD. ADMIN. 6.2, *reprinted in* TEX. GOV'T. CODE ANN., tit. 2, subtit. F app. **Accordingly, no further extensions will be granted**.

The case remains set for submission on Tuesday, March 19, 2019.

It is so ORDERED.

Judge's signature: \_\_\_/s/ Justice Julie Countiss\_\_\_\_
                       ☒ Acting individually    ☐ Acting for the Court

Date: \_\_March 7, 2019\_\_\_\_